# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>      Plaintiff,<br><br>      v.<br><br>MACE 26, LLC, and ATEF A. MALABEH,<br>      Defendants. | CV 19-998 DSF (ASx)<br><br>JUDGMENT |

The Court having granted the motion for default judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $4,000 in statutory damages, $4,142.50 in attorneys' fees, and $490 in costs, for a total amount of $8,632.50. Additionally, defendants Mace 26, LLC and Atef A. Malabeh are ORDERED to provide an accessible transaction counter and accessible paths of travel in and throughout the merchandise aisles at the property located at 300 E. 5th Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Date: June 12, 2019

                                              Dale S. Fischer
                                              United States District Judge